The Supreme Court docket number is SC 15779X01.

*Lorinda S. Coon,* in support of the petition.

Decided September 24, 1997

COLONIAL PENN INSURANCE COMPANY *v.* D. EUGENE BRYANT

D. EUGENE BRYANT *v.* ROYAL INSURANCE COMPANY

D. EUGENE BRYANT *v.* COLONIAL PENN INSURANCE COMPANY

The Royal Insurance Company's petition for certification for appeal from the Appellate Court, 45 Conn. App. 558 (AC 15518/15519), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) Under General Statutes (Rev. to 1989) § 38-175c (a) (2), and *Nationwide Mutual Ins. Co.* v. *Pasion,* 219 Conn. 764 (1991), the signature of the defendant, D. Eugene Bryant, was sufficient to render the reduction in coverage form effective as to him; and (2) the subsequent amendment to § 38-175c (a) (2), and codified at General Statutes § 38a-336 (a) (2), clarified § 38-175c (a) (2), with retroactive effect?"

BERDON, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15778.

*Constance L. Epstein,* in support of the petition.

*Frederick L. Murolo* and *Jeffrey L. Fisher,* in opposition.

Decided September 24, 1997